PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:18-po-00382-CDB |
| Plaintiff, | [Citations #6552640, 6552641, and 6552642 CA/14] |
| v. | |
| TRAVION D. JONES, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 5:18-po-00382-JLT [Citations #6552640, 6552641, and 6552642 CA/14] against TRAVION D. JONES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 25, 2024                    Respectfully submitted,

                                         PHILLIP A. TALBERT
                                         United States Attorney

                          By:    /s/ Jeffrey A. Spivak
                                 JEFFREY A. SPIVAK
                                 Assistant United States Attorney

1
2                                    **O R D E R**
3
4        IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule
5   48(a), Fed. R. Crim. P., that Case No. 5:18-po-00382-JLT [Citations #6552640, 6552641, and 6552642
6   CA/14] against TRAVION D. JONES be dismissed, without prejudice, in the interest of justice.
7   IT IS SO ORDERED.
8        Dated:   **April 29, 2024**                    _____
9                                              UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28